JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA V., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 20-2183-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the denial of disability insurance benefits is affirmed and the denial of supplemental security income benefits is reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 22, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge